# STATE OF LOUISIANA
# SECRETARY OF STATE

8665148-1

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

10/21/09

USAA CASUALTY INSURANCE COMPANY
C/O USAA
MR. ALAN L. BUNGE, REGION MANAGING COUNSEL
17200 COMMERCE PARK BLVD.
TAMPA, FL  33647

SUIT NO: 200915915
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY

DAVID BRONAUGH, ET AL
vs
USAA CASUALTY INSURANCE CO.

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE            Date: 10/20/09 at  3:00 PM
Served by: J. BROWN                Title: DEPUTY SHERIFF

```
===============================================================================
Received      Number       Date        Paid By              Amount
CHECK/M.O.    107654       10/12/09    COC ST. TAMMANY      25.00

MJS
===============================================================================
```

## NO. 735776



10/26/09 - 11/9/09

**EXHIBIT "1"**

| DAVID BRONAUGH, ET AL | No. 2009-15915 F | **SERVE** |
|---|---|---|

Versus

**22nd Judicial District Court**
**Parish of St. Tammany**

SERVED ON
JAY DARDENNE Louisiana

USAA CASUALTY INSURANCE CO.

OCT 2 0 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

TO THE DEFENDANT   USAA CASUALTY INSURANCE COMPANY THROUGH ITS REGISTERED AGENT

FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE, 8585 ARCHIVES AVENUE, BATON ROUGE, LOUISIANA 70809

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   7TH   day of   OCTOBER   A.D. 20   09

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

A TRUE COPY
DEPUTY CLERK OF COURT

ISSUED: 10/12/09

Attorney   ALLAN KANNER   P01

701 CAMP ST

NEW ORLEANS, LA 70130

Received on _____, 20 ___, and on the _____ day of _____, 20 ___, I served a true copy of the within _____, on _____ in person, at domicile with _____ in _____ Parish, a distance of _____ miles from the Court House.

Deputy Sheriff

Parish of _____

K-101   101-15

CIVIL DISTRICT COURT FOR THE PARISH OF ST TAMMANY

STATE OF LOUISIANA

No. 2009-15915-E  DIVISION "E"

DAVID BRONAUGH AND HEATHER BRONAUGH

-VERSUS-

USAA CASUALTY INSURANCE COMPANY

FILED: 10/7/2009

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs DAVID BRONAUGH AND HEATHER BRONAUGH, who, for their Petition for Damages respectfully state as follows:

1.

Plaintiffs David and Heather Bronaugh are persons of full age and majority, domiciled in the Parish of St. Tammany, State of Louisiana, residing at 2323 Sunset Boulevard, Slidell, Louisiana.

2.

Defendant USAA Casualty Insurance Company ("USAA") is a foreign insurer authorized to do and doing business in the State of Louisiana.

3.

Venue is proper in this Court pursuant to articles 74, 76 and 76.1 of the Louisiana Code of Civil Procedure.

4.

Plaintiffs purchased a homeowners insurance policy from Defendant, providing coverage for, among other things, their dwelling, contents and loss of use of the property.

5.

The policy issued to Plaintiffs by Defendant provides coverage for the dwelling in the amount of $755,000, for contents in the amount of $566,250 and for loss of use in the amount of $151,000.

6.

On or around Spring of 2009, Plaintiffs discovered that their home was constructed using



FAX FILED
10-5-09

Chinese manufactured drywall, which caused and continues to cause physical loss and damage to Plaintiffs' home and contents. The Chinese drywall emits odorous gases that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items.

7.

Plaintiffs' policy issued by Defendant is an all-risk policy, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies.

8.

On June 22, 2009, Plaintiffs provided notice of their claim relating to the presence of Chinese drywall in Plaintiffs' home to Defendant by phone to Defendant's claims department. On June 23, 2009, Plaintiff David Bronaugh underwent a phone interview regarding Plaintiffs' claim.

9.

Plaintiffs further provided notice of their intent to perform interim remediation repairs by having the Chinese drywall and any other damaged or destroyed components removed.

10.

Defendant never sent an adjuster to perform an inspection of Plaintiffs' property.

11.

On June 24, 2009, Defendant notified Plaintiffs by letter that it was denying coverage for damage caused by the Chinese drywall.

12.

Plaintiffs have complied with all of their obligations under the policy.

13.

A valid contract of insurance exists between Plaintiffs and Defendant providing coverage for the loss and damage caused by the Chinese drywall.

14.

Plaintiffs have paid all premiums due under their policy of insurance with Defendant and have materially performed their obligations under the policy.

15.

The damage and loss sustained by Plaintiffs was caused by the presence of Chinese drywall in Plaintiffs' home; yet, Defendant has failed to meet its obligations under the policy of insurance and has failed and/or refused to cover the loss sustained by Plaintiffs.

16.

Defendant has breached its policy by unjustifiably denying Plaintiffs' claim for covered damages.

17.

As a direct and proximate result of the breach by Defendant, Plaintiffs were deprived of the benefit of insurance coverage for which Defendant was paid substantial premiums, and, accordingly, Plaintiffs have suffered and will suffer substantial economic damage, particularly associated with their remediation efforts.

18.

Defendant breached its duty of good faith and fair dealing that it owes to Plaintiffs in denying Plaintiffs' claim.

19.

Defendant misrepresented the policy provisions, including the exclusions, in denying Plaintiffs' claim under the policy.

20.

Defendant violated La. R.S. 22:1973 and La. R.S. 22:1892 by failing to properly adjust and pay Plaintiffs' claim.

21.

Plaintiffs demand a trial by jury.

WHEREFORE, Plaintiffs DAVID and HEATHER BRONAUGH respectfully pray that their Petition for Damages be deemed good and sufficient, and that Defendant USAA CASUALTY INSURANCE COMPANY be duly served and cited with a copy of this Petition for Damages and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiffs DAVID and HEATHER BRONAUGH and

against Defendant USAA CASUALTY INSURANCE COMPANY in an amount that is reasonable under the premises, and together with all costs of these proceedings, for penalties and attorney fees, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

DATED: October 5, 2009

Respectfully submitted,

By: _____
**KANNER & WHITELEY, L.L.C.**
Allan Kanner – (La. #20580)
a.kanner@kanner-law.com
Cynthia St. Amant – (La. #24439)
c.stamant@kanner-law.com
Melissa M. Fuselier – (La. #31163)
m.fuselier@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

**PLEASE SERVE**:

USAA Casualty Insurance Company
Through its Registered Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

4

A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

**22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2009-15915                                            DIVISION "E"/F

**DAVID BRONAUGH AND HEATHER BRONAUGH**

**VERSUS**

**USAA CASUALTY INSURANCE COMPANY**

FILED: _Nov 4, 2009_                             _Sally M Savage_
                                                              DEPUTY CLERK

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Company ("USAA"), and, with a full reservation of rights, respectfully moves this Court for an Order granting an extension of twenty (20) days, or until and through November 24, 2009, within which to answer or otherwise respond to plaintiffs' Petition for Damages. USAA represents that no previous extension has been applied for or granted, plaintiffs have not filed into the record an objection to such an extension, and the granting of this Motion will not materially impede the progress of this case or prejudice any party hereto.

**ORDER**

The foregoing Motion for Extension of Time having been duly considered,

**IT IS ORDERED BY THE COURT** that the Motion by defendant, USAA Casualty Insurance Company, for an extension of twenty (20) days, or until and through November 24, 2009, within which to respond to plaintiffs' Petition for Damages, should be and the same hereby is **GRANTED**.

Covington, Louisiana, on this the ___5___ day of November, 2009.

_____
DISTRICT JUDGE

A TRUE COPY
_Sally M Savage_
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY: _____/s/ Sandra Varnado_____
SANDRA VARNADO (30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484

*and*

AMELIA W. KOCH (2186)
STEVEN F. GRIFFITH, JR. (27232)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this the 4th day of November, 2009, the foregoing Motion for Extension of Time was served on plaintiffs' counsel via electronic mail and by placing same in the United States mail, in a properly addressed envelope, with first-class postage prepaid.

_____/s/ Sandra Varnado_____
SANDRA VARNADO

2